UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY A. SULLIVAN and
GUY STERLING WILSON,

        Plaintiffs,

v.

PATRICIA CARUSO, et al.,

        Defendants.
_____/

Case No. 2:04-cv-110
HON. GORDON J. QUIST

**ORDER AND JUDGMENT APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Docket #78) is approved and adopted as the opinion of the Court.

2. Defendants' motion for summary judgment (Docket #19) is GRANTED and this case is DISMISSED in its entirety. Plaintiffs' motion for preliminary injunction (Docket #30), motion to compel defendant Armstrong to resolve plaintiff Sullivan's Step III grievance (Docket #39), motion for hearing (Docket #46), motion to strike (Docket #49), motion to supplement (Docket #52), motion for judicial notice (Docket #56), and motion to amend complaint (Docket #70) are DENIED.

3. The Court can discern no good-faith basis for an appeal. Accordingly, an appeal of this action would not be taken in good faith.

Dated: September 14, 2005

                                      /s/ Gordon J. Quist
                                    GORDON J. QUIST
                                  UNITED STATES DISTRICT JUDGE